CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2015

JULI... CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARREL A. WHITE,<br>　　Plaintiff, | Civil Action No. 7:14-cv-00505 |
| v. | **FINAL ORDER** |
| DWAYNE A. TURNER, et al.,<br>　　Defendants. | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion for physical and mental examinations (ECF No. 62) is **DENIED**; Plaintiff's motion for entry of protection on Plaintiff's person property (ECF No. 63) is **DENIED**; Plaintiff's motion to dismiss Defendants' motion for summary judgment (ECF No. 50) is **DENIED**; Plaintiff's motion to "strike insufficient, impertinent, [and] scandalous matter" (ECF No. 66) is **DENIED**; Plaintiff's motions for sanctions (ECF Nos. 64-65) are **DENIED**; Plaintiff's motions to amend his motion for summary judgment (ECF Nos. 60-61) are **GRANTED**; Plaintiff's amended motion for summary judgment (ECF No. 55) is **DENIED**; Defendants' motion for summary judgment is **GRANTED** as to all federal claims; all state law claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3); and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

　　ENTER: This ___ day of December, 2015.

　　　　　　　　　　/s/ Michael F. Urbanski
　　　　　　　　　　United States District Judge