CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARREL A. WHITE,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00505 |
| v. | ) <br> ) | **ORDER** |
| DWAYNE A. TURNER, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

Presently before the court is <u>pro se</u> plaintiff Darrel A. White's second motion for reconsideration of the court's December 8, 2015, Order granting defendants' motion for summary judgment. The second motion for reconsideration is "nothing more than a request that the district court change its mind," which does not entitle him to relief. <u>See, e.g.</u>, <u>United States v. Williams</u>, 674 F.2d 310, 313 (4th Cir. 1982). Plaintiff does not describe any sufficient basis to grant relief from the final order, and the second motion for reconsideration is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 21st day of January, 2016.

/s/ Michael F. Urbanski
United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARREL A. WHITE,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00505 |
| v. | ) <br> ) | **ORDER** |
| DWAYNE A. TURNER, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

Presently before the court is <u>pro se</u> plaintiff Darrel A. White's second motion for reconsideration of the court's December 8, 2015, Order granting defendants' motion for summary judgment. The second motion for reconsideration is "nothing more than a request that the district court change its mind," which does not entitle him to relief. <u>See, e.g.</u>, <u>United States v. Williams</u>, 674 F.2d 310, 313 (4th Cir. 1982). Plaintiff does not describe any sufficient basis to grant relief from the final order, and the second motion for reconsideration is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 21st day of January, 2016.

/s/ Michael F. Urbanski
United States District Judge